**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-6733**

———————————

MICHAEL CONTREZ JONES,

        Petitioner - Appellant,

    v.

WARDEN MARY LOCKLEAR,

        Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:24-hc-02110-BO-RJ)

———————————

Submitted:  November 19, 2024           Decided:  November 22, 2024

———————————

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Michael Contrez Jones, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Contrez Jones seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 petition as successive and unauthorized.  The order is not appealable unless a circuit justice or judge issues a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(1)(A).  A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right.  *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Jones has not made the requisite showing.  Accordingly, we deny Jones's motion for a certificate of appealability and dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2